IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SAMUEL ANTONIO ALCALA-GARCIA, § | |
| § | |
| Petitioner, § | |
| § | |
| V. § | No. 3:25-cv-3536-S-BN |
| § | |
| KRISTI NOEM, in her official capacity § | |
| as Secretary of the Department of § | |
| Homeland Security, ET AL., § | |
| § | |
| Respondents. § | |

**ORDER REQUIRING SERVICE AND SETTING
EXPEDITED BRIEFING SCHEDULE**

Petitioner Samuel Antonio Alcala-Garcia ("Alcala"), detained at the Prairieland Detention Center, a facility in this district, filed this habeas action under 28 U.S.C. § 2241 on December 24, 2025 with the assistance of counsel, arguing at least that his detention by immigration authorities without a bond hearing violates both the Immigration and Nationality Act and the due process clause of the United States constitution, and requesting a temporary restraining order and declaratory and injunctive relief. *See* Dkt. No. 1.

The presiding United States district judge referred this habeas action to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference.

The undersigned reviewed the filings in this case and has determined that service and an expedited response from the United States Attorney's Office is required.

- 2 -

The Court therefore requests that the Clerk of Court electronically serve a copy of this order, together with a copy of the petition and its attachments, if any, on the United States Attorney for the Northern District of Texas.

The United States Attorney's Office, on behalf of Respondents, must file, by **January 13, 2026**, an answer, motion, or other response to the petition (the "Response").

And Alcala may submit a reply brief to the Response by **January 16, 2025**. Any reply filed must be limited to the arguments raised in the Response and shall not include any new allegations of fact or new grounds for relief.

SO ORDERED.

DATED: January 6, 2026

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE