IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SAMUEL ANTONIO ALCALA-GARCIA, § | |
| § | |
| Petitioner, § | |
| § | |
| V. § | No. 3:25-cv-3536-S-BN |
| § | |
| KRISTI NOEM, in her official capacity § | |
| as Secretary of the Department of § | |
| Homeland Security, ET AL., § | |
| § | |
| Respondents. § | |

**ORDER WITHDRAWING FINDINGS, CONCLUSIONS, AND RECOMMENDATION AND REQUIRING SUPPLEMENTAL BRIEFING**

On January 26, 2026, the undersigned United States magistrate judge entered findings of fact and conclusions of law recommending that the Court grant in part Petitioner Samuel Antonio Alcala-Garcia's application for a writ of habeas corpus under 28 U.S.C. § 2241 and require Respondents to provide him with a bond hearing before an immigration judge by a date certain and then require Respondents to provide notice to the Court [Dkt. No. 9] (the "FCR").

Considering a recent published panel opinion of the United States Court of Appeals for the Fifth Circuit that could impact the relief recommended in the FCR, *see Buenrostro-Mendez v. Bondi*, ___ F.4th ___, No. 25-20496 (consol. w/ 25-40701), 2026 WL 323330 (5th Cir. Feb. 6, 2026); 5TH CIR. R. 47.5, the undersigned WITHDRAWS the FCR and ORDERS the parties to file supplemental briefing.

Petitioner's supplemental brief addressing the impact of the Fifth Circuit's recent decision must be filed by **March 3, 2026**. And the government may file a

response by **March 17, 2026**. But no reply brief is authorized.

    SO ORDERED.

    DATED: February 10, 2026

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE